UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAURICE VASTER,<br><br>        Plaintiff,<br><br>  v.<br><br>CARLOS SABALA, et al.,<br><br>        Defendant. | CV-11-5164-CI<br><br>**JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED:**

1. Defendant's Motion to Dismiss is **GRANTED IN PART**.

2. Plaintiff's' First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. Judgment of Dismissal Without Prejudice is entered for Defendant.

DATED: September 19, 2012

                                          JAMES R. LARSEN
                                          District Court Executive/Clerk

                                          s/ L. Stejskal, Deputy Clerk